PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Miguel Savage          Cr.: 12-00655-001
                                                             PACTS #: 65377

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Name of Reassigned Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/24/2014

Original Offense:   Felon in Possession of a Firearm- 18 U.S.C. § 922(g)(1); a Class C Felony

Original Sentence: 120 months imprisonment, 3 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment; Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 01/08/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The individual under supervision has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

                    On May 7, 2023, Miguel Savage was arrested by police officers of the New Jersey Institute of Technology (NJIT) and Harrison Police Department. The individual under supervision was pulled over by NJIT officers because he did not have a license plate on the front of his vehicle. Upon searching Savage's name, officers discovered he had an open warrant for failure to appear at a court appearance in Harrison Municipal Court. Savage was transferred to Harrison police headquarters for processing, posted bail, and was released with a new court date.

U.S. Probation Officer Action:
The individual under supervision reported the above-noted arrest as required by the conditions of his supervision. Savage reported that he missed a court date in Harrison Municipal Court due to a ticket he received for driving while license suspended. Records reflect that on March 17, 2023, Savage was issued a summons by Harrison police officers for driving after driver's license suspended or revoked. On April 24, 2023, a warrant was issued for Savage for failing to appear for court to address the ticket.

Prob 12A – page 2
Miguel Savage

Savage reported on the date in question he tried to log into Zoom for the virtual hearing; however, he was unable. He then reportedly called the court and was informed the court appearance was in person. Being at work, Savage was unable to get to the court in time. According to Savage, he was waiting to get another court date at the time of his arrest.

Savage paid a $600 bail and was released with a court date on May 22, 2023. The probation officer instructed the individual under supervision to make sure he attends all court appearances. Records indicate Savage's driver's license is now in good standing. At this time, we are respectfully recommending no formal court action. The probation office will monitor Savage's attendance with his court dates and final disposition, along with the remaining conditions of supervision and report any further non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

_____  05/15/2023
CARRIE H. BORONA         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5-17-23
Date